UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL GARDNER, BAYTREE CAPITAL
ASSOCIATES, LLC, TREELINE INVESTMENT
PARTNERS, LLP, SEAN DESON, DAVID
JAROSLOWICZ and GENE ROSENFELD,
Derivatively and on Behalf of SecureLogic Corp.,

        Plaintiffs,

v.

GARY KOREN, SHALOM DOLEV,
CATHAL L. FLYNN, IFTACH YEFFET,
TONY GROSS AND MICHAEL KLEIN,

        Defendants,

- and -

SecureLogic Corp.,

        Nominal Defendant.
----------------------------------------------------------------X

Civil No. 07cv645(MGC)(THK)

STIPULATION OF
ADJOURNMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/07

It is hereby stipulated by and between the undersigned that:

1) Oral argument on Defendants' Motion to Dissolve the Temporary Restraining Order shall be adjourned until April 26, 2007.

2) Oral argument on Plaintiffs' Cross-Motion to Continue the Temporary Restraining Order Issued by the State Court, for a Preliminary Injunction and for the Appointment of a Receiver shall be adjourned until April 26, 2007.

3) Pending final resolution of the motions noted in paragraphs 1 and 2 of this stipulation, insofar as they relate to the issue of injunctive relief relating to the registration of the stock of SecureLogic Corp. ("SecureLogic"), Defendants shall take no action that would cause the deregistration of the stock of SecureLogic from the NASDAQ Over-The-Counter Bulletin Board. Defendants will seek an extension until

April 13, 2007 to file SecureLogic's Form 10-K report with the Securities and Exchange Commission. So long as Defendants receive the approval of Sean Deson and Paul Goodman as members of and on behalf of the Audit Committee of SecureLogic's Board of Directors on or before April 2, 2007, then Defendants shall cause the SecureLogic 10K report to be filed on or before April 10, 2007. Proof of filing shall be provided to Plaintiffs' counsel electronically within one day of filing.

    4)    Plaintiffs' Motion for Disqualification of Pepper Hamilton, LLP shall be adjourned until April 26, 2007. However, upon timely filing of the form 10-K noted in paragraph 3 above, Plaintiffs' Motion for Disqualification shall be withdrawn with prejudice, upon notice to the Court.

Dated:    New York, New York
             March 28, 2007

| Law Offices of G. Oliver Koppell & Associates | Pepper Hamilton LLP |
|---|---|
| *[signature]* | *[signature]* |
| G. Oliver Koppell (GK 4851) | Thomas Zemaitis (TZ 7168) |
| Daniel F. Schreck (DS 7680) | 3000 Logan Square |
| Attorneys for Plaintiffs | Attorneys for Individual Defendants |
| 99 Park Ave., Suite 800 | 18th and Arch Streets |
| New York, NY 10016 | Philadelphia, PA 19103 |
| 917-368-0400 | 215-981-4361 |

and

Gersten Savage LLP
Robert Wolf (RW 9711)
Adam D. Mitzner (AM 8325)
600 Lexington Avenue
New York, New York 10022
(212) 752-9700

SO ORDERED:

s/ _____
            U.S.D.J.