UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL GARDNER, BAYTREE CAPITAL :
ASSOCIATES, LLC, TREELINE INVESTMENT :
PARTNERS, LLP, SEAN DESON, DAVID :
JAROSLOWICZ and GENE ROSENFELD, :
Derivatively and on Behalf of SecureLogic Corp., :
                                                                   : Civil No. 07cv645(MGC)(THK)
        Plaintiffs, :
                                                         :
    v. :
                                                         : NOTICE OF MOTION
GARY KOREN, SHALOM DOLEV, :
CATHAL L. FLYNN, IFTACH YEFFET, :
TONY GROSS AND MICHAEL KLEIN, :
        Defendants, :
    - and - :
SecureLogic Corp., :
        Nominal Defendant. :
-------------------------------------------------------------X
SIRS:

    PLEASE TAKE NOTICE that upon the attached Affidavit of Michael Gardner, sworn to on January 8, 2008, the Memorandum of Law on Behalf of Plaintiffs in Support of Application to Compromise Claims, Plaintiffs Michael Gardner, Baytree Capital Associates, LLC, Treeline Investment Partners, LLP, Sean Deson, David Jaroslowicz, and Gene Rosenfeld will move this court, Hon. Miriam Goldman Cedarbaum, U.S.D.J., in Courtroom 14A, United States Courthouse, 500 Pearl St., New York, New York 10007 on the 31st day of January, 2008 at 9:30am or as soon thereafter as counsel can be heard, for an order:

1) pursuant to Rule 23.1 of the Federal Rules of Civil Procedure granting Plaintiffs' motion to approve the Settlement Agreement and compromise the claims in this action;

2) pursuant to 15 U.S.C. § 77c(a)(10), exempting the Licensee-Sub Shares, as distributed to the Eligible SecureLogic Stockholders, from restrictions on resale; and

3) together with such other and further relief as this court may deem just and proper.

Dated: New York, New York
January 8, 2008

Law Offices of G. Oliver Koppell & Associates

By: _____/s/_____
G. Oliver Koppell (GOK-4851)
Daniel F. Schreck (DS-7680)
*Attorneys for Plaintiffs*
99 Park Ave., Suite 800
New York, New York 10016
(917) 368-0400

Gersten Savage LLP
Robert Wolf (RW 9711)
600 Lexington Avenue
New York, New York 10022
(212) 752-9700

To: Thomas E. Zemaitis, Esq.
Pepper Hamilton LLP
Attorneys for Defendants
3000 Logan Square
18th and Arch Streets
Philadelphia, PA 19103
(215)981-4361