USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHAEL GARDNER, BAYTREE CAPITAL
ASSOCIATES, LLC, TREELINE INVESTMENT
PARTNERS, LLP, SEAN DESON, DAVID
JAROSLOWICZ and GENE ROSENFELD,
Derivatively and on Behalf of SecureLogic Corp.,

        Plaintiffs,

        v.

GARY KOREN, SHALOM DOLEV,
CATHAL L. FLYNN, IFTACH YEFFET,
TONY GROSS AND MICHAEL KLEIN,

        Defendants,

        - and -

SecureLogic Corp.,

        Nominal Defendant.
------------------------------------------------------------X

Civil No. 07cv645(MGC)(THK)

NOTICE OF MOTION

**MEMO ENDORSED**

SIRS:

PLEASE TAKE NOTICE that upon the attached Affidavit of Michael Gardner,
sworn to on January 8, 2008, the Memorandum of Law on Behalf of Plaintiffs in Support
of Application to Compromise Claims, Plaintiffs Michael Gardner, Baytree Capital
Associates, LLC, Treeline Investment Partners, LLP, Sean Deson, David Jaroslowicz,
and Gene Rosenfeld will move this court, Hon. Miriam Goldman Cedarbaum, U.S.D.J.,
in Courtroom 14A, United States Courthouse, 500 Pearl St., New York, New York
10007 on the 31st day of January, 2008 at 9:30am or as soon thereafter as counsel can be
heard, for an order:

Motion granted. For oral opinion, see record
of proceedings of May 22, 2008.
So ordered.
May 22, 2008
Case Closed     United States District Judge